1012

No. 80–399. Conforte et ux. v. United States. C. A. 9th Cir. Certiorari denied.

No. 80–400. Weninger v. United States C. A. 10th Cir. Certiorari denied.

No. 80–412. Good Hope Refineries, Inc. v. National Labor Relations Board. C. A. 5th Cir. Certiorari denied.

No. 80–423. Chism v. Norfolk & Western Railway Co. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80–449. In re Walter Straus & Son, Inc. C. A. 5th Cir. Certiorari denied.

No. 80–450. Carney et ux. v. Ahmanson Trust Co. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 80–463. Dominion Tool & Die Co., Inc. v. National Labor Relations Board. C. A. 6th Cir. Certiorari denied.

No. 80–467. Holmes v. District of Columbia. Ct. App. D. C. Certiorari denied.

No. 80–468. Preces v. Florida. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 80–481. Kalmanovitz v. Securities and Exchange Commission. C. A. D. C. Cir. Certiorari denied.

No. 80–489. Duzac v. United States. C. A. 5th Cir. Certiorari denied.

No. 80–491. Burleson v. Howard. Ct. App. D. C. Certiorari denied.